UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 14701
  KELLY CHRISTINE BREDLAU
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-2479

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/15/05 and confirmed on 06/03/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  12600.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE FINANCIAL    UNSECURED    NOT FILED               .00            .00
ECAST SETTLEMENT CORPORA UNSECURED       3009.34              .00        1991.97
RESURGENT CAPITAL SERVIC UNSECURED      12188.30              .00        8067.78
          Summary of disbursements:
--------------------------------------------------------------------------------

                    SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00    15197.64          .00    15197.64
PRINCIPAL PAID              .00          .00    10059.75          .00    10059.75
INTEREST PAID              .00          .00          .00          .00          .00
TOTAL PAID                 .00          .00    10059.75          .00    10059.75
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   700.00  direct and $  2000.00  through the plan.

The Trustee received $    540.25 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/13/09              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 14701 KELLY CHRISTINE BREDLAU